# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

__NATALYA BARSUKOVA__
      Plaintiff

V.

__GRAGIL ASSOCIATES, INC.__

      Defendants

CIVIL ACTION

NO.  __1:11-cv-11169-DJC__

## SETTLEMENT ORDER OF DISMISSAL

__CASPER, J.__

    The Court having been advised on __8/31/2011__ that the above-entitled action has been settled;

    IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within thirty (30) days if settlement is not consummated.

                                      By the Court,

__9/6/2011__                                     __/s/ Jennifer Gaudet__
    Date                                             Deputy Clerk

(Dismissal Settlement.wpd - 12/98)